PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA CHONG,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | No. 1:24-cv-00376-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 14) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from July 31, 2023, to August 30, 2024. Defendant respectfully requests this extension because his counsel will be on leave the week of July 29, 2024.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file a responsive brief on or before August 30, 2024;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before September 14, 2024).

Respectfully submitted,

DATE: July 22, 2024  /s/ Jonathan Pena *
Jonathan Pena
Attorney for Plaintiff
(* approved via email on 7/22/24)

PHILLIP A. TALBERT
United States Attorney

DATE: July 22, 2024  By  s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 14), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Defendant shall have up to and including August 30, 2024, to file a responsive brief to Plaintiff's Motion for Summary Judgement. Plaintiff shall have up to and including September 14, 2024, to file an optional reply.

IT IS SO ORDERED.

Dated: **July 23, 2024**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE