PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA CHONG,<br><br>            Plaintiff,<br><br>     v.<br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br><br>            Defendant. | Case No.: 1:24-cv-00376-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER<br><br>(Doc. 16) |

      IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

      On remand, the Commissioner will offer the claimant an opportunity for a hearing, conduct any necessary further proceedings and issue a new decision. The parties further request

that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                                    Respectfully submitted,

Dated: August 29, 2024             */s/Jonathan Omar Pena* *
                                         (*as authorized via e-mail on 8/26/24)
                                         JONATHAN OMAR PENA
                                         Attorney for Plaintiff

Dated: August 29, 2024             PHILLIP A. TALBERT
                                         United States Attorney

                                 By:     */s/ Marcelo Illarmo*
                                           MARCELO ILLARMO
                                         Special Assistant United States Attorney

                                         Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 16), and for cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:   **August 30, 2024**                  /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE